## Commonwealth *v*. Brown, Appellant.

Argued June 13, 1975. *Robert C. Wright,* for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. Mc-Ewen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v*. Davidson, Appellant.

Argued June 13, 1975. *Frank W. Hayes,* for appellant; *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.